*L. C. Johnson,* for Defendant in Error.

---

Laura W. Crozier, Appellant, v. J. F. Ange, Appellee.

An Appeal from the Circuit Court for the County of St. Lucie.

Appeal dismissed on motion of counsel for Appellant;

*Fred Fee,* for Appellant;

*Dickinson & Dickinson* and *Parker & Thomas,* for Appellee.

---

R. E. Wheeler, Plaintiff in Error, v. B. H. Barnett et al., Defendants in Error.

A Writ of Error to the Circuit Court for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiff in Error.

*John E. Matthews,* for Plaintiff in Error;